# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5292
_____

BURT LEON SETTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Christopher N. Patterson, Judge.

February 19, 2018

PER CURIAM.

DISMISSED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Burt Leon Setts, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.